Cause No. 14-14-00842-CR
14-14-00843-CR

State of Texas

VS.

John Allen.

FILED IN
14th COURT OF APPEALS
HOUSTON. TEXAS

JUL 03 2015

CHRISTOPHER A. PRINE
CLERK

In The Fourteenth Court of Appeals
On Appeal from the 232nd District
Court
Harris County, Texas
Trial Cause Nos. 1408377
1408378

## Motion For Extension Of Time To File Reconsideration

Comes Now the defendant, John Allen, pro-se and in his proper person, files this Motion For Extension of Time To File Reconsideration pursuant to Texas Rules of Court (Rule 24.4 Appellate Review). In support there of, defendant states as follows:

1. Defendant is incarcerated at the Larry Gist Unit, 3295 FM 3514, Beaumont, TX 77705.

2. The education department at Larry Gist Unit, is on break for two weeks, in thus, the building will be closed.

3. Defendant requests this Honorable Court to grant him a (30) thirty day extension to properly file a Motion To Reconsider.

4. Such extension is not prejudicial against the State and/or Prosecuting Attorney for the State of Texas

Wherefore, defendant prays his motion for extension of time is granted.

Respectfully Submitted,

/s/ John Allen

John Allen

## Certificate of Service

I, the undersigned, do hereby certify that I have placed in the proper officials' hands the enclosed Motion For Extension of Time To File Reconsideration to be placed in the U.S. Mail at Larry Gist Unit, 3295 FM 3514, Beaumont, TX 77705 to be mailed

TO: Fourteenth Court of Appeals

  301 Fannin,
  Suite 245
  Houston, TX 77002

to be mailed on this 1st day of July 2015.

/s/ John Allen
  John Allen
  #1960144
  Larry Gist Unit
  3295 F.M. 3514
  Beaumont, TX 77705